NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KATHY CURRY,                                )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case No. 2D17-3471
                                           )
WAL-MART STORES EAST, LP,                  )
                                           )
            Appellee.                      )
_____)

Opinion filed June 8, 2018.

Appeal from the Circuit Court for Hendry
County; James D. Sloan, Judge.

Kathy Curry, pro se.

Thomas A. Valdez, Karen M. Shimonsky,
Jeremy J. Jacobs, and Albert Rodriguez of
Quintairos, Prieto, Wood & Boyer, Tampa,
for Appellee.

PER CURIAM.

            Affirmed.

NORTHCUT and LUCAS, JJ., and CASE, JAMES R., ASSOCIATE JUDGE, Concur.